

Boris Brownstein
T (609) 785-2923
F (609) 785-2999
Email:bbrownstein@ClarkHill.com

> Application granted. The initial conference scheduled for August 30, 2023 is hereby rescheduled to October 3, 2023 at 11:00 a.m. At the time of the scheduled conference, all parties shall call the following number: (888) 398-2342; access code 3456831.
>
> The Clerk of Court is respectfully requested to terminate the motion sequences pending at Doc. 30.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        August 3, 2023

VIA ECF

Honorable Philip M. Halpern
United States District Court
500 Pearl Street
New York, NY 10007

      Re:    **Bamberger v. TransUnion, LLC et al**
              Case No. 23-cv-03869-PMH

Dear Judge Halpern:

     I am counsel for Defendant, Equifax Information Services, Inc. in this matter.  An Initial Conference is currently scheduled for August 30, 2023 at 10:30 a.m.  Due to scheduling conflicts, I respectfully request this conference be adjourned. Plaintiff's and Co-Defendants' counsel consent to this request.  The following dates do not work for all counsel: August 30, 31, September 1st, 5th, 18th, and 20th.

                              Respectfully submitted,

                              CLARK HILL


                            */s/Boris Brownstein*
                            Boris Brownstein

BB:mjf


Cc:     All Counsel of Record (via ECF)

**clarkhill.com**

271333718